**LAW OFFICE OF FRANCISCO LEÓN**
Francisco León
8987 E. Tanque Verde Rd. #309-432
Tucson, Arizona 85749
TEL: (520)465-3000
FAX: (520)340-6437
State Bar No.: 006578
azcrimlaw@gmail.com
Attorney for Diaz-Mata

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | 4:24-cr-03271-JAS-MAA |
| Plaintiff, | **WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ACKNOWLEDGMENT OF TRIAL DATE AND PLEA DEADLINE** |
| vs. | |
| Rodrigo Gilberto Diaz-Mata, | |
| Defendant | |

Defendant Rodrigo Gilberto Diaz-Mata and Francisco León, his attorney, acknowledge and agree that:

Defendant's attorney has provided Diaz-Mata a copy of the indictment;

Defendant's attorney has explained to Diaz-Mata the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and Diaz-Mata's constitutional rights;

Diaz-Mata understands he has a right to appear personally at the arraignment to be advised of the charge(s). Diaz-Mata also understands that the execution of this waiver results in a waiver of the right to appear at the

1

arraignment;

Diaz-Mata's attorney is authorized to appear at the arraignment on behalf of Defendant.

Diaz-Mata's attorney shall enter a plea of not guilty at the arraignment on Martinez-Solano's behalf.

Diaz-Mata, having conferred with the attorney of record, waives personal appearance and the reading of the indictment at the arraignment in this case. Defendant authorizes the entry of a not guilty plea on behalf of Diaz-Mata.

Diaz-Mata further waives personal notice of the date of trial and acknowledges that the trial will be on August 6, 2024, at 9:30 a.m. before Judge James A. Soto with a plea deadline of July 19, 2024, before the Magistrate Judge Michael A. Ambri.

Diaz-Mata understands that the Court's entry of a plea of Not Guilty will conclude the arraignment in this case.

Defendant's counsel avows that he has personally met with Rodrigo Gilberto Diaz-Mata and has been authorized to file this waiver of personal appearance at arraignment and acknowledgment of trial date and plea deadline. Defendant's true name is: Rodrigo Gilberto Diaz-Mata
Language: Spanish.

Submitted June 22, 2024.

LAW OFFICE OF FRANCISCO LEÓN
s/ *Francisco León*
Francisco León


Rodrigo Gilberto Diaz-Mata

2

## CERTIFICATE OF SERVICE

_X_   I hereby certify that on June 22, 2024, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Hon. James A. Soto
United States District Judge

Michael A. Ambri
United States Magistrate Judge

Alicia Renee Quezada
Assistant United States Attorney

_X_   I hereby certify that on June 22, 2024, I served the attached document by U.S. Mail on the following, who is not a registered participant in the ECF system:

Rodrigo Gilberto Diaz-Mata
Reg. No 13871-511