**LAW OFFICE OF FRANCISCO LEÓN**
Francisco León
8987 E. Tanque Verde Rd. #309-432
Tucson, Arizona 85749
TEL: (520)465-3000
FAX: (520)340-6437
State Bar No.: 006578
azcrimlaw@gmail.com
Attorney for Cortero-Martinez

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br>vs.<br><br>Milton Araldo Cortero-Martinez,<br><br>    Defendant | 4:24-cr-03270-SHR-EJM<br><br>**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ACKNOWLEDGMENT OF TRIAL DATE AND PLEA DEADLINE** |

Defendant Milton Araldo Cortero-Martinez and Francisco León, his attorney, acknowledge and agree that:

Defendant's attorney has provided Cortero-Martinez a copy of the indictment;

Defendant's attorney has explained to Cortero-Martinez the nature and substance of the charge(s), the maximum penalties applicable to the charge(s), and Cortero-Martinez's constitutional rights;

Cortero-Martinez understands he has a right to appear personally at the arraignment to be advised of the charge(s). Cortero-Martinez also understands

1

that the execution of this waiver results in a waiver of the right to appear at the arraignment;

Cortero-Martinez's attorney is authorized to appear at the arraignment on behalf of Defendant.

Cortero-Martinez's attorney shall enter a plea of not guilty at the arraignment on Martinez-Solano's behalf.

Cortero-Martinez, having conferred with the attorney of record, waives personal appearance and the reading of the indictment at the arraignment in this case. Defendant authorizes the entry of a not guilty plea on behalf of Cortero-Martinez.

Cortero-Martinez further waives personal notice of the date of trial and acknowledges that the trial will be on August 6, 2024, at 9:30 a.m. before Judge Scott H. Rash with a plea deadline of July 19, 2024, before the Magistrate Judge Eric J. Markovich.

Cortero-Martinez understands that the Court's entry of a plea of Not Guilty will conclude the arraignment in this case.

Defendant's counsel avows that he has personally met with Milton Araldo Cortero-Martinez and has been authorized to file this waiver of personal appearance at arraignment and acknowledgment of trial date and plea deadline. Defendant's true name is: Milton Araldo Cortero-Martinez
Language: Spanish.

Submitted June 22, 2024.

**LAW OFFICE OF FRANCISCO LEÓN**
s/ *Francisco León*
Francisco León

By Francisco León
Milton Araldo Cortero-Martinez

*Milton Cortero*

# CERTIFICATE OF SERVICE

_X_ I hereby certify that on June 22, 2024, I electronically transmitted the attached document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Hon.
United States District Judge
Scott R. Rash

United States Magistrate Judge
Eric J. Markovich

Assistant United States Attorney
Sarah Jane Precup

_X_ I hereby certify that on June 22, 2024, I served the attached document by U.S. Mail on the following, who is not a registered participant in the ECF system:

Milton Araldo Cortero-Martinez
Reg. No 13850-511